**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 8, 2020

By ECF

The Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application granted. Sentencing scheduled for July 29, 2020 at 11:00 am.
> Dated: April 14, 2020
>
> [signature]
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE

Re:  **United States v. Sirron Stafford**
     **19 CR 377 (NRB)**

Dear Judge Buchwald:

    In light of the ongoing COVID-19 public health emergency, I write with the consent of the government to request an adjournment of Mr. Stafford's April 27, 2020 sentencing hearing. I respectfully request that the sentencing be adjourned for a period of approximately 90 days, with sentencing submissions to be filed by the deadlines set under the Court's Individual Rules of Practice. This is the first request for an adjournment of the sentencing hearing. I am available for a hearing in July *except* the weeks of July 13 and July 20. As stated above, the government joins in this request and would be available for a sentencing hearing in approximately 90 days.

Respectfully submitted,

    /s/
Zawadi Baharanyi
Assistant Federal Defender
212-417-8735

cc:  Ryan Finkel
     Assistant United States Attorney
     (by ECF)