**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 7, 2020

By ECF

The Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

So ordered. Sentencing adjourned for October 28, 2020 at 11:30am.

/s/ Naomi Reice Buchwald
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Date: 7/8/2020

Re: **United States v. Sirron Stafford**
    **19 CR 377 (NRB)**

Dear Judge Buchwald:

In light of the ongoing COVID-19 public health emergency, I write with the consent of the government to request an adjournment of Mr. Stafford's July 29, 2020 sentencing hearing. I respectfully request that the sentencing be adjourned for a period of approximately 90 days, with sentencing submissions to be filed by the deadlines set under the Court's Individual Rules of Practice. I make this second request for an adjournment in light of the health risks associated with conducting an in-person sentencing hearing during the current pandemic. I am available for a hearing in October and November, except the week of November 23. As stated above, the government joins in this request and would be available for a sentencing hearing in approximately 90 days.

Respectfully submitted,

\_\_\_\_/s/_____
Zawadi Baharanyi
Assistant Federal Defender
212-417-8735

cc:     Ryan Finkel
        Assistant United States Attorney
        (by ECF)