

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 22, 2020

**BY ECF**
Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: *United States v. Sirron Stafford*, 19 Cr. 377 (NRB)**

Dear Judge Buchwald:

The Government writes to respectfully request that the sentencing of defendant Sirron Stafford, which is currently scheduled for October 28, 2020, be rescheduled to a date in mid- or late- December that is convenient for the Court and the defendant.

The Government is available to address any questions the Court may have.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: /s/
Ryan B. Finkel
Assistant United States Attorney
(212) 637-6612

Application granted. Sentencing is adjourned to December 15, 2020 at 10:30 a.m.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: October 22, 2020
New York, NY