# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 8, 2020

By ECF

The Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Sirron Stafford
19 CR 377 (NRB)

Dear Judge Buchwald:

I write with the consent of the government to request an adjournment of 90 days of Mr. Stafford's December 15, 2020 sentencing hearing. Mr. Stafford was indicted and arrested on a new federal matter now pending before Judge Hellerstein. The requested adjournment would give the parties time to determine how the new case will affect the matter before this Court and discuss any possible global resolution.

Respectfully submitted,

___/s/_____
Zawadi Baharanyi
Assistant Federal Defender
212-417-8735

cc: Ryan Finkel
Assistant United States Attorney
(by ECF)

Application granted. Sentencing is adjourned to March 16, 2021 at 11:00 a.m.

SO ORDERED.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated:    New York, N.Y.
          December 9, 2020