**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 19, 2021

By ECF

The Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Sirron Stafford**
            **19 CR 377 (NRB)**

Dear Judge Buchwald:

    I write with the consent of the government to request a four-week adjournment of Mr. Stafford's March 16 sentencing hearing. Mr. Stafford was indicted and arrested on a new federal matter now pending before Judge Hellerstein. The requested adjournment would give the parties additional time to determine how the new case will affect the matter before this Court and discuss any possible global resolution. The defense is available April 15, April 16, and the week of April 19.

                                      Respectfully submitted,

                                      /s/
                                  Zawadi Baharanyi
                                  Assistant Federal Defender
                                  917-612-2753

cc:    Ryan Finkel
       Assistant United States Attorney
       (by ECF)

Sentencing will be held on April 14, 2021 at 12:00 p.m.

SO ORDERED.

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:    New York, N.Y.
               February 24, 2021