# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 5, 2021

By ECF

The Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Sirron Stafford**
**19 CR 377 (NRB)**

Dear Judge Buchwald:

I write with the consent of the Government to request an adjournment of Mr. Stafford's sentencing hearing until the first week of June. As the Court is aware, Mr. Stafford has a new matter pending before Judge Hellerstein. The additional time requested would allow the parties to determine how the new case will affect the matter before this Court and discuss any possible global resolution. Moreover, in light of the ongoing COVID-19 pandemic, this adjournment will hopefully allow the Court to conduct the sentencing hearing in person with minimal risks to the parties, Mr. Stafford, and Mr. Stafford's family.

Respectfully submitted,

___/s/_____
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753

cc: Ryan Finkel
Assistant United States Attorney
(by ECF)

Application denied.
SO ORDERED.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated:   New York, N.Y.
         April 6, 2021